1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11
12

ARAYIK KHACHATRYAN,                          )          No. CV 13-5789-PLA
                                             )
13                              Plaintiff,    )
                                             )          **JUDGMENT**
14                   v.                       )
                                             )
15   CAROLYN W. COLVIN,                       )
     ACTING COMMISSIONER OF SOCIAL           )
16   SECURITY ADMINISTRATION,                 )
                                             )
17                              Defendant.    )
     _____)

18
19          In accordance with the Memorandum Opinion and Order filed concurrently herewith,

20          IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

21   Security Administration, is affirmed consistent with the Memorandum Opinion.

22
23   DATED: May 20, 2014                      _____
24                                                         PAUL L. ABRAMS
                                                  UNITED STATES MAGISTRATE JUDGE
25
26
27
28